```
           UNITED STATES DISTRICT COURT
           SOUTHERN DISTRICT OF FLORIDA
                FORT PIERCE DIVISION
           CASE NO. 11-14014-CR-GRAHAM
```

UNITED STATES OF AMERICA

        Plaintiff,

vs.

CARLOS ENRIQUE DIAZ-HERNANDEZ,

        Defendant.

_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Defendant's Motion to Suppress Evidence Obtained in Violation of the Fourth Amendment, (D.E. 18).

**THE MATTER** was referred to Magistrate Judge Frank J. Lynch United States Magistrate Judge on April 4, 2011. A Report and Recommendation was filed recommending that Defendant's Motion to Suppress Evidence be **Denied**.

The Court has conducted an independent review of the record as well as the objections filed on behalf of the Defendant and the Government's response. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Report and Recommendation filed in this cause is hereby, **AFFIRMED and APPROVED** in its entirety

**DONE AND ORDERED** in Chambers at Miami, Florida, this ____ day of May, 2011.

                                      DONALD L. GRAHAM
                                      UNITED STATES DISTRICT JUDGE

Copied: Magistrate Judge Lynch
        Theodore Cooperstein, AUSA
        Fletcher Peacock, AFPD