```
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA
                  FORT PIERCE DIVISION
              CASE NO. 11-14014-CR-GRAHAM(s)
```

UNITED STATES OF AMERICA

        Plaintiff,

vs.

CARLOS ENRIQUE DIAZ-HERNANDEZ,

        Defendant.
_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Defendant's request to enter a plea of guilty before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge Frank J. Lynch, on May 11, 2011. A Report and Recommendation filed on May 18, 2011 recommended that the Defendant's plea of guilty be accepted. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however, none were filed. The Court has conducted a de novo review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that the Report and Recommendation of United States Magistrate Judge Frank J. Lynch, is hereby Adopted and Approved in its entirety. The Defendant is adjudged guilty as to the Count in the Superseding Indictment.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 17th day of June, 2011.

                                                          _____
                                                          DONALD L. GRAHAM
                                                          UNITED STATES DISTRICT JUDGE

```
Copied: Magistrate Judge Frank J. Lynch
        Diana Acosta, AUSA
        Fletcher Peacock, AFPD
```